UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2222 PA | Date | May 7, 2012 |
|---|---|---|---|
| Title | In re TV, LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**         IN CHAMBERS

     Before the Court is an appeal of an order issued by the Bankruptcy Court. Appellant City of El Monte ("El Monte") challenges the Bankruptcy Court's March 5, 2012 order denying El Monte's Motion for Order to Show Cause regarding contempt and sanctions. In its Opening Brief, El Monte states that this Court's jurisdiction "is based upon 28 U.S.C. §§ 157, 158(a)(1) and 1334." El Monte's Opening Brief does not provide any authority for the proposition that an order denying a motion for an order to show cause regarding contempt and sanctions is a final appealable order. The Court therefore orders El Monte to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. El Monte's response to this order to show cause shall be filed by May 14, 2012. Appellees shall include in their Appellees' Brief their position concerning this Court's jurisdiction over the appeal.

     IT IS SO ORDERED.